# INDEX TO EXHIBITS

EXHIBIT A    Complaint

EXHIBIT B    Civil Action Cover Sheet

EXHIBIT C    Summons for North Carolina State Board of Elections

EXHIBIT D    Summons for Karen Brinson Bell

EXHIBIT E    Summons for Alan Hirsch

EXHIBIT F    Summons for Jeff Carmon

EXHIBIT G    Summons for Stacy Eggers IV

EXHIBIT H    Summons for Kevin Lewis

EXHIBIT I    Summons for Siobhan O'Duffy Millen

EXHIBIT J    Motion for TRO and Preliminary Injunction