UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00003

| | |
|---|---|
| TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN PARTY; REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>                Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>                Defendants. | **NOTICE OF RELATED CASES** |

       The North Carolina State Board of Elections, pursuant to Local Rule 40.3(b), hereby notifies the Court that the following cases are related to this one:

1. *United Sovereign Americans, Inc., et al. v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00500-M-BM (filed August 24, 2024).
2. *Republican National Committee, et al. v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00547-M-RJ (filed September 23, 2024).
3. *North Carolina Democratic Party v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00699-M-KS (filed December 6, 2024).
4. *Jefferson Griffin v. North Carolina State Board of Elections*, No. 5:24-cv-00724-M-RN (filed December 19, 2024).

5. *Jefferson Griffin v. North Carolina State Board of Elections*, No. 5:24-cv-00731-BO-RJ (filed December 20, 2024).

The North Carolina State Board of Elections is a party in each of the six cases, each case involves substantially the same factual background, and each case will require the Court to interpret the voter-registration and list-maintenance processes set forth in the Help America Vote Act (HAVA), 52 U.S.C. §§ 20901-21145, the Voting Rights Act, 52 U.S.C. § 10307, the Civil Rights Act (CRA), 52 U.S.C. § 10101, and the National Voter Registration Act (NVRA), 52 U.S.C. §§ 20501-20511, respectively. Thus, the cases concern substantially the same parties, transactions, or events and call for a determination of the same or substantially related or similar questions of law and fact. *See* Local Rule 40.3(a)(1)-(2). Additionally, litigating the six cases before different judges would likely be unduly burdensome and duplicative and risk conflicting results. *See id.* 40.3(3).

Respectfully submitted, this 2nd day of January, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
MCBabb@ncdoj.gov

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Related Case was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below listed attorneys for Plaintiffs:

Phillip J. Strach
phil.strach@nelsonmullins.com
Jordan Koonts
jordan.koonts@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603
(919) 329-3800

*Counsel for Plaintiffs*

This the 2nd day of January, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General