AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Telia Kivett, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:25-cv-00003 |
| North Carolina State Board of Elections, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

N.C. SBE, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin Lewis, & Siobhan Millen.

Date: 01/02/2025

/s/ Mary Carla Babb
*Attorney's signature*

Mary Carla Babb, NC Bar No. 25731
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

mcbabb@ncdoj.gov
*E-mail address*

(919) 716-6573
*Telephone number*

*FAX number*