| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF WAKE | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>24CV041789-910 |
| TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN PARTY; REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>     Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>     Defendants. | **NOTICE OF REMOVAL OF CIVIL ACTION No. 24CV041789-910 FROM WAKE COUNTY SUPERIOR COURT** |

  Defendants give notice to Plaintiffs that they have filed a notice of removal of the above-captioned civil action from the North Carolina Superior Court for Wake County to the United States District Court for the Eastern District of North Carolina. A copy of that notice and the exhibits to it are being filed along with this notice. Defendants also request that this Court forward to the United States District Court a complete copy of the state court file. *See* 28 U.S.C. § 1446(d).

1

This the 2nd day of January, 2025.

                Mary Carla Babb
                Special Deputy Attorney General
                N.C. State Bar No. 25731
                MCBabb@ncdoj.gov

                Terence Steed
                Special Deputy Attorney General
                N.C. State Bar No. 52809
                TSteed@ncdoj.gov

                North Carolina Department of Justice
                P.O. Box 629
                Raleigh, NC 27602
                Phone: 919-716-6900
                Fax: 919-716-6758

                *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that I served this Notice of Removal on Plaintiffs by email addressed to his Attorneys of Record as follows:

>Phillip J. Strach
>phil.strach@nelsonmullins.com
>Jordan Koonts
>jordan.koonts@nelsonmullins.com
>Nelson Mullins Riley & Scarborough LLP
>301 Hillsborough Street
>Suite 1400
>Raleigh, NC 27603
>(919) 329-3800
>
>*Counsel for Plaintiffs*

This the 2nd day of January, 2025.

>Electronically Submitted
>Mary Carla Babb
>Special Deputy Attorney General