IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:25-cv-00003

| | |
|---|---|
| TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN PARTY; REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*. | **NOTICE OF APPEARANCE** |

      Phillip J. Strach of the law firm Nelson Mullins Riley & Scarborough LLP enters his Notice of Appearance as counsel on behalf of Plaintiffs Telia Kivett, Karyn Mulligan, the Wake County Republican Party, the North Carolina Republican Party, and the Republican National Committee. Mr. Strach is a member in good standing with the bar of the state of North Carolina. Mr. Strach is admitted to practice law in the United States District Court for the Eastern District of North Carolina.

1

Respectfully submitted this 2nd day of January, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
phil.strach@nelsonmullins.com
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Phillip J. Strach hereby certify that I have this day electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 2nd day of January, 2025.

                                              **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                              /s/ Phillip J. Strach
                                              Phillip J. Strach
                                              N.C. State Bar No. 29456
                                              phil.strach@nelsonmullins.com
                                              301 Hillsborough Street, Suite 1400
                                              Raleigh, NC 27603
                                              Telephone: (919) 329-3800
                                              Facsimile: (919) 329-3779
                                              *Counsel for Plaintiffs*