# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | ) | |
|---|---|---|
| Telia Kivett, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:25-cv-00003 |
| North Carolina State Board of Elections, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

N.C. SBE, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin Lewis, & Siobhan Millen.

Date: 01/03/2025

/s/ Terence Steed
*Attorney's signature*

Terence Steed, NC Bar No. 52809
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

tsteed@ncdoj.gov
*E-mail address*

(919) 716-6567
*Telephone number*

*FAX number*