IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:25-cv-00003-M-BM

| | |
|---|---|
| TELIA KIVETT, *et al.*, <br>             *Plaintiffs*, <br> v. <br> NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br>             *Defendants*. | **EMERGENCY MOTION TO REMAND TO STATE COURT AND FOR EXPEDITED CONSIDERATION OF THE SAME** |

NOW COMES Plaintiffs Telia Kivett, Karyn Mulligan, the Wake County Republican Party, the Republican National Committee ("RNC") and the North Carolina Republican Party ("NCGOP") (collectively, "Plaintiffs") by and through undersigned counsel, pursuant to 28 U.S.C. § 1447(c), respectfully move the Court for an order remanding this matter to the Superior Court of Wake County, North Carolina. Additionally, Plaintiffs respectfully request that this Court enter an order expediting consideration of and, if necessary, a hearing on the same. In support of this Motion, Plaintiffs file a Memorandum of Law herewith.

Respectfully submitted this, the 3rd day of January, 2025.

                                        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                        By: /s/ Phillip J. Strach
                                        Phillip J. Strach
                                        North Carolina State Bar no. 29456
                                        Jordan A. Koonts
                                        North Carolina State Bar no. 59363
                                        301 Hillsborough Street, Suite 1400
                                        Raleigh, North Carolina 27603
                                        Ph: (919) 329-3800
                                        phil.strach@nelsonmullins.com
                                        jordan.koonts@nelsonmullins.com
                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to all counsel of record in the above-captioned matter.

This, the 3rd day of January, 2025.

                                                    **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                                    By: /s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar no. 29456
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com

*Counsel for Plaintiffs*