**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:25-cv-00003-M**

| | |
|---|---|
| TELIA KIVETT, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>              Defendants. | **STATE BOARD'S**<br>**NOTICE OF APPEAL** |

Respondent North Carolina State Board of Elections hereby gives notice of its appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered on January 6, 2025 (D.E. 19, 20).

1

Respectfully submitted, this 6th day of January, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
MCBabb@ncdoj.gov

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for Respondent*