| | |
|---|---|
| TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN PARTY; REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>      Plaintiffs,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>      Defendants,<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>      Intervenor-Defendant. | **ORDER GRANTING MOTION TO INTERVENE BY DEMOCRATIC NATIONAL COMMITTEE** |

Intervenor-Defendant the Democratic National Committee, having shown that it has an interest in the subject matter of the action; that the protection of this interest would be impaired because of the action; that the applicant's interest is not adequately represented by existing parties to the litigation, and there being no opposition from the existing parties, is permitted to intervene as a defendant in the above captioned matter pursuant to Fed. R. Civ. P. 24(a)(1)(B).

This \_\_ day of February, 2025.

_____
United States District Court Judge