FILED: August 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1021
(5:25-cv-00003-M-BM)

_____

TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN PARTY; REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

        Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Director of the North Carolina Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina Board of Elections; STACY EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in his official capacity as a member of the North Carolina Board of Elections

        Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the joint motion for stay, the court grants the motion

and stays proceedings in this appeal to allow the parties to complete settlement discussions.

The parties are directed to file a status report by August 29, 2025, to apprise the court of the status of settlement discussions.

                                              For the Court

                                              /s/ Nwamaka Anowi, Clerk