FILED: February 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1021
(5:25-cv-00003-M-BM)

_____

TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN PARTY; REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

    Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Director of the North Carolina Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina Board of Elections; STACY EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in his official capacity as a member of the North Carolina Board of Elections

    Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk
