FILED: February 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1021
(5:25-cv-00003-M-BM)

_____

TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN
PARTY; REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA
REPUBLICAN PARTY

      Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON
BELL, in her official capacity as Director of the North Carolina Board of
Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina
State Board of Elections; JEFF CARMON, in his official capacity as Secretary of
the North Carolina Board of Elections; STACY EGGERS, IV, in his official
capacity as a member of the North Carolina State Board of Elections; KEVIN N.
LEWIS, in his official capacity as a member of the North Carolina State Board of
Elections; SIOBHAN O'DUFFY MILLEN, in his official capacity as a member of
the North Carolina Board of Elections

      Defendants - Appellants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

_/s/Nwamaka Anowi, Clerk_