IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00003-M

|  |  |
|---|---|
| TELIA KIVETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA BOARD OF<br>ELECTIONS, et al.,<br><br>    Defendants. | ORDER |

This matter comes before the court on the Mandate issued by the United States Court of Appeals for the Fourth Circuit. DE 42. As a mandate has issued from the Fourth Circuit, this court has regained jurisdiction over this matter and may address the pending motions. *Cf. United States v. Montgomery*, 262 F.3d 233, 239 (4th Cir. 2001). In light of this case's procedural posture, Defendants' Motion to Alter Judgment, DE 24, and the Democratic National Committee's Consent Motion to Intervene, DE 30, are *DENIED* AS MOOT.

SO ORDERED this __19th__ day of March, 2026.

Richard E Myers II
_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE